**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Christine Kenney |
|---|---|
| Plaintiff, | |
| v. | Case No:   18-40054-02-DDC |
| ERIK NIELSEN, | Robin Fowler, retained |
| Defendant. | |

| JUDGE: | Judge Sebelius | DATE: | 6/19/2018 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | FTR Network @ 10:14 AM |
| INTERPRETER: | | PROBATION: | Corey Kirk |

## PROCEEDINGS

☒Initial Rule 5/Rule 5(c)(3) – 10 min.   ☐Initial Revocation Hearing – min.   ☐Bond Hearing – min.
☐Detention Hearing – waived   ☐Preliminary Hearing – min.   ☐Bond Revocation Hearing – min.
☒Arraignment – 1 min.   ☐Pretrial Conference
☒Discovery Conference – 1 min.

☒Charges and penalties explained to defendant   ☐Defendant sworn/examined re: financial status
☐Counsel appointed

☒Constitutional Rights Explained
☒Felony   ☐Misdemeanor
☐Declines to Waive Indictment   ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment   ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____

☒ Waived Reading of:   ☐ Read to Defendant:
　　　　☒ Indictment
　　　　☐ Information
　　　　☒ Number of Counts: 11 + forfeiture
☐Guilty   ☒Not Guilty
☐Bail Revoked
☐Bail Fixed at:  $_____
☐Release Order executed ☒Continued on Present Bail from the N.D. California
☐Remanded to Custody

☒Case Management Order will be issued by Magistrate Judge Sebelius
☒Scheduling and Status Conference:   7/30/18      @ 9:00 AM before Judge Crabtree
☐Defendant's next appearance: _____ @ before _____

☒OTHER:  Defendant appears in person on bond with attorney of record.   The court adopts the conditions of pretrial release set by the court in the N.D. California. Defendant enters a not guilty plea to all charges in the indictment.