**SEALED**

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF **Kansas**

UNITED STATES OF AMERICA

v.

ERIK NIELSEN

**WARRANT FOR ARREST**

CASE NUMBER: 18-40054-02-DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ERIK NIELSEN**
<br>Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] **SEALED** Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

| | | |
|---|---|---|
| Ct. 1: | 18 U.S.C. § 371 | Conspiracy |
| Ct. 2: | 18 U.S.C. § 1956(h) | Conspiracy |
| Cts. 3-4: | 18 U.S.C. § 1344 | Bank Fraud |
| Cts. 5-9: | 18 U.S.C. § 1956(a)(1)(B)(i) | Laundering of Monetary Instruments |
| Ct. 10: | 18 U.S.C. § 1952(a)(3) | Interstate Transportation in Aid of Racketeering Enterprises |

TOPEKA, KS

2018 MAY 30 PM 12:03

UNITED STATES MARSHAL RECEIVED

in violation of **18** United States Code, Section(s) **371**

| | |
|---|---|
| TIMOTHY M. O'BRIEN | [signature] deputy clerk |
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | May 30, 2018           at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant  *Topeka, KS*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFII | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/30/18 | Nathan Staab (DUSM) | [signature] |
| DATE OF ARREST | | |
| 6/5/18 | | |