UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>vs.<br><br>ERIK NIELSEN,<br>                    Defendant. | )<br>)<br>)<br>)   Case No. 18-CR-40054<br>)<br>)<br>)<br>) |

## MOTION FOR WAIVER OF APPEARANCE AT STATUS CONFERENCE

COMES NOW Erik Nielsen, personally and by and through counsel Robin D. Fowler, and hereby moves to voluntarily waive his right to personally appear at the status conference currently scheduled for July 30, 2018. In support of this motion, Mr. Nielsen states:

1.    I have been advised by my attorney Robin D. Fowler of the purpose of the status conference, and I understand that issues relating to the case, including but not limited to motion and trial schedules, including speedy trial findings, may be discussed and finalized at this hearing.

2.    I understand I have the right to be present and participate in said hearing, but wish to waive my appearance and appear solely through counsel.

3.    With full knowledge of my rights, and knowing that I have the right to be present, I hereby waive my appearance at the status conference set on July 30, 2018, and ask the Court to allow me to waive my right to appear at this hearing, and appear solely through counsel.

*[signature: Erik Nielsen]*

Erik Nielsen

7-17-18

Date


Respectfully submitted,

/s/ Robin D. Fowler
Robin D. Fowler                    #11752
**BATH & EDMONDS, P.A.**
Historic Voigts Building
7944 Santa Fe Drive
Overland Park, KS 66204
(913) 652-9800; FAX (913) 649-8494
E-mail: robin@bathedmonds.com
Attorney for Erik Nielsen

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties of record herein.

/s/ Robin D. Fowler
Robin D. Fowler                    #11752