IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>  v.<br><br>WEILING NIELSEN and<br>ERIK NIELSEN,,<br><br>               Defendant. | Case No. 18-40054-01/02-HLT |

**RESPONSE TO JOINT MOTION TO DISMISS BANK FRAUD COUNTS**

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, hereby submits its response to the defendant's Joint Motion to Dismiss (Doc. 18). On October 11, 2018, the government moved to dismiss the bank fraud charges, contained in Counts 3 and 4 of the Indictment. (Doc. 22.) If the Court grants the government's motion, that order will thereby render the defendant's Joint Motion to Dismiss moot.

                                                                         Respectfully submitted,

                                                                         STEPHEN R. MCALLISTER
                                                                         United States Attorney

                                                                         */s/ Christine E. Kenney*
                                                                         Christine E. Kenney, #13542
                                                                         Assistant United States Attorney
                                                                         444 S.E. Quincy, Room 290
                                                                         Topeka, KS   66683
                                                                         (785) 295-2850
                                                                         christine.kenney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Room 290
Topeka, KS  66683
(785) 295-2850
christine.kenney@usdoj.gov