## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  **v.**

**WEILING NIELSEN, et al.,**

  **Defendants.**

**Case No. 5:18-CR-40054-HLT**

## ORDER

 The Government moves to dismiss Counts 3 and 4 of the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Doc. 22. The Government explains that Defendants filed a joint motion to dismiss Counts 3 and 4 for lack of venue and that, after further investigation, it has concluded that pursuit of these claims in this District is not the best use of resources. Based on email correspondence, Defendants do not oppose this motion.

 Rule 48(a) states that the Government "may, with leave of court, dismiss an indictment, information, or complaint" but may not "dismiss the prosecution during trial without the defendant's consent." The Government moves before trial and has explained its reason for seeking dismissal without prejudice. The Court, therefore, grants the motion.

 THE COURT THEREFORE ORDERS that the Government's Motion to Dismiss Counts, Doc. 22, is GRANTED. Counts 3 and 4 are DISMISSED WITHOUT PREJUDICE.

 IT IS SO ORDERED.


Dated: October 12, 2018     /s/  *Holly L. Teeter*
                HOLLY L. TEETER
                UNITED STATES DISTRICT JUDGE