# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIK NIELSEN,<br><br>  Defendant. | Case No. 18-CR-40054-HLT |

## ORDER

The United States of America moves to dismiss without prejudice the Indictment against the above-named defendant. Doc. 33. After reviewing the motion and the record, the Court grants the motion.

THE COURT THEREFORE ORDERS that the United States of America's motion to dismiss without prejudice the Indictment against the above-named defendant (Doc. 33) is GRANTED.

IT IS SO ORDERED.

Dated: February 21, 2019       /s/ *Holly L. Teeter*
                   HOLLY L. TEETER
                   UNITED STATES DISTRICT JUDGE